STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION v. STANDARD TANK CLEANING CORPORATION.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. MISER KOCI.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BRANTLEY.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. LEE ROYAL FISHER.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. WELTON BANKS.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. CONRAD DORAL.

Oct. 22, 1979.   Petition for certification denied.